IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CARLOS MEDINA, Reg. No. 08028-104,     )
                                       )
            Petitioner,                )
                                       )
      v.                               )      CIVIL ACTION NO. 2:19-CV-858-WHA
                                       )
WALTER WOODS,                          )
                                       )
            Respondent.                )

## ORDER

On July 27, 2021, the Magistrate Judge entered a Recommendation (Doc. #41) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  With respect to Petitioner's claims challenging the validity of his conviction and sentence, the 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED for lack of jurisdiction.

3.  As to Petitioner's claims regarding entitlement to release on home confinement, the 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED as moot since a more favorable decision on the merits would not entitle him to any additional habeas relief.

4.  This case is DISMISSED with prejudice.

DONE this 17th day of August, 2021.

/s/  W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE